IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT ALVIN WILLIAMS,

    Petitioner,                     No. CIV S-07-2692 WBS DAD P

    vs.

D.K. SISTO, Warden,

    Respondent.                ORDER

_____/

        Respondent has requested an extension of time to file a response to petitioner's petition for writ of habeas corpus pursuant to the court's order of February 21, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondent's March 21, 2008 request for an extension of time is granted; and

        2. Respondent is granted sixty days from the date of this order in which to file a response to petitioner's petition for writ of habeas corpus.

DATED: March 24, 2008.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
will2692.111