IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT ALVIN WILLIAMS,

      Petitioner,                        No. CIV S-07-2692 WBS DAD P

    vs.

D.K. SISTO, Warden,

      Respondent.                      ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus, challenging the Board of Parole Hearings' 2006 decision to deny him parole.

        On May 21, 2008, respondent filed a motion, requesting a stay of these proceedings pending issuance of the mandate in Hayward v. Marshall, 512 F.3d 536 (9th Cir. 2008), reh'g en banc granted, 527 F.3d 797 (9th Cir. May 16, 2008).

        After a review of the record and the relevant case law, this court concludes that respondent's motion should be denied. See Landis v. North American Co., 299 U.S. 248, 254 (1936) (a district court has broad discretion in deciding whether to stay proceedings in its own court).

/////

/////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's May 21, 2008 motion, requesting a stay is denied; and

2. Within sixty days from the date of this order, respondent shall file a new response to petitioner's habeas petition in accordance with this court's February 21, 2008 order.

DATED: July 10, 2008.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
will2692.msty