IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT ALVIN WILLIAMS,

    Petitioner,                    No. CIV S-07-2692-WBS-DAD P

    vs.

D.K. SISTO, Warden,

    Respondent.               ORDER

_____/

    Petitioner has requested an extension of time to file a reply to the respondent's answer to the petition. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's October 10, 2008 request for an extension of time (Doc. No. 15) is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file his reply.

DATED: October 17, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:cm
will2692.111t