IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT ALVIN WILLIAMS,

    Petitioner,                    No. CIV S-07-2692 WBS DAD P

    vs.

D.K. SISTO, et al.,

    Respondent.                 ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the Board of Parole Hearings' January 11, 2006 decision to deny him parole. Respondent has filed an answer, and petitioner has filed a traverse. Neither party, however, has filed with the court a complete copy of the Board of Parole Hearings' decision denying petitioner parole.

       Accordingly, IT IS HEREBY ORDERED that within seven days of the date of this order, respondent shall file a complete copy of the Board of Parole Hearings' January 11, 2006 decision denying petitioner parole. See Rule 5, Fed. R. Governing § 2254 Cases.

DATED: September 16, 2009.

DAD:9
will2692.trans

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE