IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT ALVIN WILLIAMS,

      Petitioner,                    No. CIV S-07-2692 WBS DAD P

   vs.

D.K. SISTO, et al.,

      Respondent.              ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's December 2, 2009 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

/////

1  court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>,
2  290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

3      Petitioner has made a substantial showing of the denial of a constitutional right in
4  the following issue(s) presented in the instant petition: whether petitioner has been denied
5  federal due process in connection with his 2006 denial of parole.

6      Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is
7  issued in the present action.

8  DATED:  December 23, 2009

    WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. <u>Jennings</u>, 290 F.3d at 1010.

2